FILED

2011 JUN 17 PM 12: 58

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

Victor A. Raphael, Esq. (SBN: 213268)
LAW OFFICES OF VICTOR A. RAPHAEL
11801 Pierce Street, 2nd Floor
Riverside, California 92505
Telephone: (951) 710-3252
Facsimile: (951) 710-3271
e-mail: victor@victorrlaw.com

J. Curtis Edmondson, Esq. (SBN: 236105)
LAW OFFICES OF J. CURTIS EDMONDSON
15490 NW Oak Hills Drive
Beaverton, Oregon 97006
Telephone: (503) 701-9717
Facsimile: (503) 214-8470
e-mail: jcedmondson@edmolaw.com

Attorneys for Plaintiff,
JOSEPH O'BRIEN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CV 11 - 05108 DSF (SPx)

| | |
|---|---|
| JOSEPH O'BRIEN,<br><br>    Plaintiffs,<br><br>vs.<br><br>RANDOM HOUSE, INC., a New York Corporation,<br><br>    Defendants. | Case No.: |

COMES NOW, Plaintiff, JOSEPH O'BRIEN, (hereinafter "Plaintiff" or "O'BRIEN") and complains of and alleges the following:

/////

/////

/////

1

COMPLAINT FOR COPYRIGHT INFRINGMENT

## INTRODUCTION AND OVERVIEW

1.     This is a copyright infringement case, wherein Defendant RANDOMHOUSE INC., (hereinafter, "Defendant" or "RANDOMHOUSE") engaged in advertising activity, including but not limited to the illegal use of a copyright protected photograph on the internet via their website, and/or on the cover of book(s) published by RANDOMHOUSE featuring Plaintiff's copyright protected photograph of a rare Chenghua chicken cup, without Plaintiff's permission.  The book(s) published and sold by Defendant is entitled "A Cup of Light" featuring Plaintiff's copyright-protected photograph on the cover of said book(s).  The use of Plaintiff's copyright-protected photograph abused by Defendant on the internet and by publication of the Plaintiff's image of the rare Chenghua chicken cup to the general public, causing significant advertising injury to Plaintiff.  If successful, Plaintiff seeks recovery of all remedies available under law including but not limited to his damages, all of Defendant's profits, and payment of Plaintiff's attorney's fees and costs.  Furthermore, RANDOMHOUSE has contributed to third party copyright infringement, inter alia, by allowing Plaintiff's copyright protected photograph to be displayed on third party commercial sites, such as "AMAZON.COM".  Furthermore, the copyrighted image has been derivatively reproduced on such "ebook" readers as the "KINDLE".

## JURISDICTION AND VENUE

2.     This Court has federal question jurisdiction under 28 U.S.C. §§1331, 1338(a).

3.     The claims asserted herein arose in this judicial district and all Defendants do business in this judicial district.

4.     Venue in this judicial district is proper under 28 U.S.C. §1391(b) and (c) and §1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

5.     This is an action for copyright infringement under the Copyright Act of 1976, title 17 U.S.C. §101 et. seq., seeking damages, attorneys' fees, preliminary and

permanent injunctive relief and an accounting, as well as damages and other relief based upon other claims related to the misappropriation of Plaintiff's intellectual property.

## PARTIES

### The Plaintiff

6. Plaintiff JOSEPH O'BRIEN is an individual, and is and was a citizen of the State of California.

### The Defendants

7. Plaintiff is informed and believes and thereon alleges that RANDOMHOUSE, INC., is a corporation organized and existing under the law of the State of California with its principal place of business located at 1745 Broadway, New York, N.Y. 10019. Plaintiff is informed and believes and thereon alleges that RANDMHOUSE, INC. is in the business of publishing.

8. Plaintiff is informed and believes and thereon alleges that Defendant knowingly created, displayed, distributed, manufactured, and/or published Plaintiff's copyright-protected photograph of a rare Chenghua chicken cup or that they have otherwise contributed to the infringement of Plaintiff's copyright-protected work.

9. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto, the Defendant was the agent, affiliate officer, director, manager, principal, partner, joint venturer, alter-ego and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliate, officer, director, manager, principal, partner, joint venturer, alter-ego and/or employment relationship and actively participated in, or subsequently ratified and adopted or both, each and all of the acts or conduct alleged herein, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and all of the violations of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

COMPLAINT FOR COPYRIGHT INFRINGMENT

# CLAIM FOR RELIEF

# COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. § 101, et. seq.

### (Against All Defendants and Each of Them)

10. Plaintiff repeats, realleges and incorporates by reference in this paragraph the allegations contained in this complaint as if fully set forth herein.

11. Plaintiff is an illustrator/photographer and collector and creates original images taken from his collection of rare Chinese artifacts. Plaintiff has invested significant time creating an educational website describing Chinese Porcelain, and the ability to detect counterfeit or fake pieces. This website, located at www.earlyming.com is an internationally known website for this area of specialized knowledge.

12. Plaintiff created an original photograph/image which featured a depiction/photograph of a rare Chenghua chicken cup (there are less than 20 such cups known to exist in the world today). **Exhibit "A."** Plaintiff's photograph contains material wholly original to Plaintiff and is copyrightable subject matter under the laws of the United States. Plaintiff applied for and received copyright registrations for his work under Copyright Registration number VAu 1-047-307. A true and correct copy of Plaintiff's copyright registration certificate is attached hereto as **Exhibit "B."**

13. Plaintiff is informed and believes and thereon alleges that Defendant had access to Plaintiff's illustrations and photographs from viewing Plaintiff's copyright-protected Images & Webpages located at www.earlyming.com. The image and supporting text at issue was placed on Plaintiff's website on or before November, 2001.

14. Plaintiff is informed and believes, and thereon alleges, Defendant wrongfully reproduced Plaintiff's image contained in *Images & Webpages*, without Plaintiff's consent and engaged in acts of affirmative and widespread self-promotion directed to the general public at large by crating advertisements, publications, and webpages using Plaintiff's copyright-protected image of the rare Chenghua chicken cup, distributing copies of Plaintiff's work with a false and misleading designation of

creation, ownership and origin, and falsely representing the Plaintiff's work was their own. Plaintiff did not have actual notice of such infringement until on or about 2010.

15. Defendant offered for sale, and in fact sold, books with Plaintiff's copyright-protected photograph on the cover of said book. A copy of the cover of Defendant's published book, *A Cup of Light*, is attached hereto as **Exhibit "C."**

16. Plaintiff is informed and believes and thereon alleges that Defendant further infringed Plaintiff's copyright by making derivative works from Plaintiff's copyrighted work, and/or by publishing, producing, and distributing books with Plaintiff's copyright-protected photograph of the rare Chenghua chicken cup on the cover of said book without Plaintiff's permission. Defendants then engaged in acts of affirmative and widespread self-promotion directed to the public at large by creating books, webpage advertisements using derivative works based on Plaintiff's copyright-protected image, distributing copies of Plaintiff's work with a false and misleading designation of creation, ownership and origin, and falsely representing the Plaintiff's work was their own.

17. Plaintiff is informed and believes and thereon alleges that Defendant, if not directly liable for infringement of Plaintiff's copyright, is also liable for contributory copyright infringement because Defendant knew or should have known of the direct infringement, had the right and ability to supervise the infringing conduct, and had an obvious and direct financial interest in the infringing conduct.

18. Plaintiff is informed and believes and thereon alleges that Defendant, if not directly liable for infringement of Plaintiff's copyright, is also vicariously liable for the subject infringements because Defendant enjoys a direct financial benefit from another's infringing activity and has the right and ability to supervise the infringing activity.

19. Plaintiff has demanded that Defendant cease and desist from all publication, use, and manufacturing of books and internet websites incorporating Plaintiff's copyrighted work without Plaintiff's consent.

COMPLAINT FOR COPYRIGHT INFRINGMENT

20. Plaintiff has demanded a full accounting of the materials printed utilizing the work that have been manufactured or published, bought and sold by Defendant. Plaintiff has further demanded from Defendant an accounting of the revenues and profits derived from sales of published books and websites printed utilizing the copyrighted work.

21. Notwithstanding Plaintiff's demands that Defendant cease and desist from their infringement, Defendant has willfully, intentionally and maliciously, and in conscious disregard for Plaintiff's rights, and only in furtherance of those Defendant's sole pecuniary interest, continued to infringe on Plaintiff's copyright by making derivative works from Plaintiff's copyrighted work, and/or by publishing, producing, and distributing books with Plaintiff's copyright-protected photograph of the rare Chenghua chicken cup on the cover of said book without Plaintiff's permission. Defendant then engaged in acts of affirmative and widespread self-promotion directed to the public at large by creating books, webpage advertisements using derivative works based on Plaintiff's copyright-protected image, distributing copies of Plaintiff's work with a false and misleading designation of creation, ownership and origin, and falsely representing the Plaintiff's work was their own.

22. Plaintiff is informed and believes and thereon alleges that, notwithstanding Plaintiff's demands that Defendant cease and desist its infringement, Defendant has willfully, intentionally, and maliciously, in conscious disregard for Plaintiff's rights, and only in furtherance of those Defendant's sole pecuniary interests, continued to infringe upon Plaintiff's copyright by making derivative works from Plaintiff's copyrighted work, and/or by publishing, producing, and distributing books with Plaintiff's copyright-protected photograph of the rare Chenghua chicken cup on the cover of said book without Plaintiff's permission. Defendant then engaged in acts of affirmative and widespread self-promotion directed to the public at large by creating books, webpage advertisements using derivative works based on Plaintiff's copyright-protected image, distributing copies of Plaintiff's work with a false and misleading designation of

creation, ownership and origin, and falsely representing the Plaintiff's work was their own.

23. Defendant's acts of copyright infringement and acts of affirmative and widespread self-promotion of the copies of books and publications and websites directed to the general public at large, as alleged above, have caused Plaintiff to suffer, and to continue to suffer, substantial damage to his business in the form of diversion of trade, loss of income and profits, and dilution of the value of its rights.

24. Further, as a direct result of the acts of copyright infringement and acts of affirmative and widespread self-promotion of the photograph of the rare Chenghua chicken cup directed to the general public at large as alleged above, Defendant has obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's copyrighted work. Plaintiff is entitled to disgorgement of each of Defendant's profits directly and indirectly attributable to said Defendant's infringement of the copyrighted work.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1. That Defendant and its respective agents and servants be enjoined from infringing Plaintiff's copyrights in any manner;

2. That Plaintiff be awarded all profits of Defendant plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages, as available under the Copyright Act, 17 U.S.C. §101 et seq.,;

3. That Plaintiff be awarded his attorneys' fees as available under the Copyright Act, 17 U.S.C. §101 et seq.,;

4. That Defendant accounts to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

5. That Plaintiff be awarded pre-judgment interest as allowed by law;

6. That Plaintiff be awarded the costs of this action; and

7. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Dated: June 15, 2011

LAW OFFICES OF J. CURTIS EDMONDSON

LAW OFFICES OF VICTOR RAPHAEL

By: _____
VICTOR RAPHAEL
Attorneys for Plaintiff
JOSEPH O'BRIEN

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury in this action pursuant to F.R.C.P. 38 and the Seventh Amendment of the Constitution.

Dated: June 15, 2011          LAW OFFICES OF J. CURTIS EDMONDSON

                              LAW OFFICES OF VICTOR RAPHAEL

                              By: _____
                              VICTOR RAPHAEL
                              Attorneys for Plaintiff
                              JOSEPH O'BRIEN

# Exhibit "A"

Printout of Webpage from Plaintiff's website circa 2002

INTERNET ARCHIVE WaybackMachine
http://www.taimantis.com/chinese/chenghua.html    Go    FEB  NOV  Close
32 captures
10 Mar 02 - 27 May 09                              2001  2003  Help

# Ming Dynasty - Ch'eng Hua

*(1465 - 1487)*
*Six-character mark and period.*

## A Ducai Cup with traditional enamel decoration.
*8.2 cm. diam. ~ 3.4 cm. height*

*Weight 1.6 oz. Avoir (45.4 grams)*

*Fine condition.*



Normally referred to as the 'Chenghua *(one word)* Chicken Cup'. Finely decorated on the exterior with two groups of cockerels parading in front of hens among chicks pecking at the ground. Decoration in colorful overglaze enamels within delicate underglaze-blue outline. The two separate scenes are divided by finely shaded underglaze-blue rock groupings among bamboo, peonies, and narcissus. The reign mark inscribed in underglaze-blue within a double square.

Most (if not all) Ch'ing copies show the cockerels in different facing positions, with many ruffled tail feathers versus the traditional 'three tail feathers' on all known authenticated Chenghua chicken cups. On April 27th, 1999, a Chenghua chicken cup set a record for the highest price paid at auction for any Chinese work of art. Click here to view that article. To



# Exhibit "B."

Plaintiff's copyright registration certificate

COMPLAINT FOR COPYRIGHT INFRINGMENT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-047-307**

Effective date of registration:

November 16, 2010

---

### Title
**Title of Work:** Images & Webpages

### Completion/Publication
**Year of Completion:** 2010

### Author
- **Author:** Joseph OBrien
  **Author Created:** text, photograph(s), map and/or technical drawing, Poetry and Creative Writing
  **Citizen of:** United States    **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Joseph OBrien
P.O. Box 4065, Crestline, CA, 92325, United States

### Rights and Permissions
**Name:** Joseph OBrien
**Email:** 1joeobrien@gmail.com    **Telephone:** 909-338-5804
**Address:** P.O. Box 4065
Crestline, CA 92325 United States

### Certification
**Name:** Joseph OBrien
**Date:** November 16, 2010

**Exhibit "C."**

A copy of the cover of Defendant's published book, *A Cup of Light*

**COMPLAINT FOR COPYRIGHT INFRINGMENT**

# Book Cover

## A Cup of Light
2002
ISBN 0-385-31945-2

