1  Stephen G. Contopulos (SBN 050317)
   scontopulos@sidley.com
2  Leah E. Abeles (SBN 275347)
   labeles@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
4  Los Angeles, California 90013-1010
   Telephone:  (213) 896-6000
5  Facsimile:  (213) 896-6600

6  Attorneys for Defendant
   Random House, Inc.

7

8

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

12  JOSEPH O'BRIEN,                    )  Case No. CV 11-05108 DSF (SPx)
                                       )
13              Plaintiff,             )  Assigned to: Hon. Dale S. Fischer
                                       )
14         v.                          )  DEFENDANT RANDOM HOUSE,
                                       )  INC.'S ANSWER TO PLAINTIFF
15                                     )  JOSEPH O'BRIEN'S FIRST
                                       )  AMENDED COMPLAINT
16  RANDOM HOUSE, INC., a New York     )
17  Corporation; NICOLE MONES, an      )
    individual,                        )
18                                     )
19              Defendants.            )
                                       )
20                                     )
                                       )
21  _____)

22

23

24

25

26

27

28

---

            DEFENDANT RANDOM HOUSE, INC.'S ANSWER TO
                   FIRST AMENDED COMPLAINT

1          Defendant Random House, Inc. ("Defendant"), hereby answers the First

2 Amended Complaint filed by Plaintiff Joseph O'Brien ("Plaintiff") as follows:

3          1.      Defendant denies the allegations in paragraph 1.

4          2.      Defendant lacks knowledge or information sufficient to form a

5 belief as to the truth of the allegations in paragraph 2, and, on that basis, denies such

6 allegations.

7          3.      Defendant admits that it is in the business of publishing books.  On

8 information and belief, Defendant admits that defendant Nicole Mones ("Mones") is

9 in the business of authoring books.  Defendant admits that the book *A Cup of Light*

10 was written by Mones and published by Defendant.  Defendant otherwise denies the

11 remaining allegations in paragraph 3.

12          4.      Defendant denies the allegations in paragraph 4.

13          5.      Defendant denies the allegations in paragraph 5.

14          6.      Defendant denies the allegations in paragraph 6.

15          7.      Defendant admits that this Court has subject matter jurisdiction

16 over Plaintiff's claims under 28 U.S.C. §§ 1331 and 1338(a).

17          8.      Defendant admits that it does business in this judicial district.

18 Defendant lacks knowledge or information sufficient to form a belief as to the truth of

19 the remaining allegations in paragraph 8 and, on that basis, denies such allegations.

20          9.      Defendant admits that venue in this judicial district is proper under

21 28 U.S.C. § 1391(b) and (c) and § 1400(a).

22          10.     Defendant admits that this Court has supplemental jurisdiction

23 over Plaintiff's common law and statutory state law claims.

24          11.     Defendant lacks knowledge and information sufficient to form a

25 belief as to the truth of the allegations in paragraph 11 and, on that basis, denies such

26 allegations.

27

28

**DEFENDANT RANDOM HOUSE, INC.'S ANSWER TO**
**FIRST AMENDED COMPLAINT**

1         12.    Defendant admits that its principal place of business is located in

2    New York, NY and that it is in the business of publishing.  Defendant otherwise

3    denies the remaining allegations in paragraph 12.

4         13.    Defendant lacks knowledge or information sufficient to form a

5    belief as to the truth of the allegations in paragraph 13 and, on that basis, denies such

6    allegations.

7         14.    Defendant denies the allegations in paragraph 14.

8         15.    Defendant denies the allegations in paragraph 15.

9         16.    Defendant incorporates by reference in this paragraph the

10   responses contained in this answer as though fully set forth herein.

11        17.    Defendant lacks knowledge or information sufficient to form a

12   belief as to the truth of the allegations in paragraph 17 and, on that basis, denies such

13   allegations.

14        18.    Defendant lacks knowledge or information sufficient to form a

15   belief as to the truth of the allegations in paragraph 18 and, on that basis, denies such

16   allegations.

17        19.    Defendant lacks knowledge or information sufficient to form a

18   belief as to the truth of Plaintiff's allegations that Mones had access to Plaintiff's

19   illustrations and photographs from viewing Plaintiff's copyright-protected images and

20   webpages located at www.earlyming.com and, on that basis, denies such allegations.

21   Defendant lacks knowledge or information sufficient to form a belief as to the truth of

22   Plaintiff's allegations that the image and supporting text at issue were placed on

23   Plaintiff's website on or before November 2001 and, on that basis, denies such

24   allegations.  Defendant denies the remaining allegations in paragraph 19.

25        20.    Defendant denies the allegations in paragraph 20.

26        21.    Defendant admits that it published a book entitled *A Cup of Light*.

27   Defendant denies the remaining allegations in paragraph 21.

28

**DEFENDANT RANDOM HOUSE, INC.'S ANSWER TO**
**FIRST AMENDED COMPLAINT**

1    22.    Defendant denies the allegations in paragraph 22.

2    23.    Defendant denies the allegations in paragraph 23.

3    24.    Defendant denies the allegations in paragraph 24.

4    25.    Defendant denies the allegations in paragraph 25.

5    26.    Defendant denies the allegations in paragraph 26.

6    27.    Defendant denies the allegations in paragraph 27.

7    28.    Defendant denies the allegations in paragraph 28.

8    29.    Defendant denies the allegations in paragraph 29.

9    30.    Defendant denies the allegations in paragraph 30.

10    31.    Defendant incorporates by reference in this paragraph the

11    responses contained in this answer as though fully set forth herein.

12    32.    Defendant lacks knowledge or information sufficient to form a

13    belief as to the truth of the allegations in paragraph 32 and, on that basis, denies such

14    allegations.

15    33.    Defendant admits that the book *A Cup of Light* continues to be

16    sold.  Defendant denies the remaining allegations in paragraph 33.

17    34.    Defendant denies the allegations in paragraph 34.

18    35.    Defendant denies the allegations in paragraph 35.

19    36.    Defendant denies the allegations in paragraph 36.

20    37.    Defendant incorporates by reference in this paragraph the

21    responses contained in this answer as though fully set forth herein.

22    38.    Defendant lacks knowledge or information sufficient to form a

23    belief as to the truth of the allegations in paragraph 38 and, on that basis, denies such

24    allegations.

25    39.    Defendant denies the allegations in paragraph 39.

26    40.    Defendant denies the allegations in paragraph 40.

27    41.    Defendant denies the allegations in paragraph 41.

28

4

**DEFENDANT RANDOM HOUSE, INC.'S ANSWER TO
FIRST AMENDED COMPLAINT**

42.   Defendant denies the allegations in paragraph 42.

43.   Defendant denies any liability for any injury alleged in the Complaint and denies that Plaintiff is entitled to the relief or judgment requested in the Prayer for Relief following paragraph 42, including all subparts thereof.

## SEPARATE DEFENSES

As separate defenses to the First Amended Complaint, and to each and every purported claim thereof, Defendant alleges the following defenses.  By setting forth a defense in this pleading, Defendant does not concede that it bears the burden of proof or persuasion as to such a defense.

### FIRST DEFENSE

### (Failure to State a Cause of Action)

Plaintiff's Complaint, and each and every count contained therein, fails to state a cause of action or claim upon which relief can be granted against Defendant.

### SECOND DEFENSE

### (No Standing)

Plaintiff lacks standing to assert some or all of the claims alleged in his First Amended Complaint.

### THIRD DEFENSE

### (Lawful Exercise of Rights)

Any conduct by Defendant constituted the lawful exercise of its legal rights, which does not violate copyright laws or any other law.

### FOURTH DEFENSE

### (Innocent Infringement)

If any conduct by Defendant is found to constitute infringement of Plaintiff's rights, Defendant is an innocent infringer.

**DEFENDANT RANDOM HOUSE, INC.'S ANSWER TO**
**FIRST AMENDED COMPLAINT**

**FIFTH DEFENSE**

**(No Injury)**

Plaintiff has not suffered injury to its business or property by reason of any conduct by Defendant that violates applicable laws or other legal duty.

**SIXTH DEFENSE**

**(Fair Use)**

Plaintiff's claims are barred, in whole or in part, by the fair use doctrine.

**SEVENTH DEFENSE**

**(Laches/Estoppel/Acquiescence/Waiver)**

Some or all of Plaintiff's claims are barred, in whole or in part, by the doctrines of laches, estoppel, acquiescence, and/or waiver.

**EIGHTH DEFENSE**

**(Unclean Hands)**

Plaintiff's claims are barred, in whole or in part, by unclean hands.

**NINTH DEFENSE**

**(*De Minimis* Use)**

Defendant alleges that any alleged infringement was only *de minimis* and therefore not actionable.

**TENTH DEFENSE**

**(Failure to Mitigate)**

To the extent Plaintiff has suffered any damages (which damages Defendant expressly denies), Plaintiff has failed to take reasonable steps to mitigate those purported damages.

**ELEVENTH DEFENSE**

**(Adequate Remedy at Law)**

Defendant alleges that any injuries or damages suffered by Plaintiff, if any, can be satisfied by an award of money damages if any relief is justified.

6

**DEFENDANT RANDOM HOUSE, INC.'S ANSWER TO**
**FIRST AMENDED COMPLAINT**

## TWELFTH DEFENSE

### (First Amendment)

Plaintiff's claims are barred, in whole or in part, by the First Amendment to the Constitution of the United States.

## THIRTEENTH DEFENSE

### (Statutes of Limitations)

Some or all of Plaintiff's claims are barred by the applicable statute(s) of limitations.

## FOURTEENTH DEFENSE

### (No Costs)

Any claim for recovery of statutory damages, attorney's fees, or costs is barred as to any purported cause of action for which such relief is not available.

## FIFTEENTH DEFENSE

### (Intervening Cause)

Any damages alleged by Plaintiff were not caused by any act or conduct of Defendant, but by intervening and superseding causes.

## SIXTEENTH DEFENSE

### (Comparative Fault)

Persons and entities other than Defendant are liable for the injuries and damages alleged in the First Amended Complaint and, should any damages be awarded to Plaintiff, such damages must be reduced and apportioned among the persons or entities, including Plaintiff, responsible for such damages.

## SEVENTEENTH DEFENSE

### (Preemption)

Some or all of Plaintiff's claims should be dismissed insofar as they are preempted by any applicable federal or state statute.

7

**DEFENDANT RANDOM HOUSE, INC.'S ANSWER TO
FIRST AMENDED COMPLAINT**

1

## EIGHTEENTH DEFENSE

## (Additional Defenses)

Defendant presently has insufficient knowledge or information upon which to form a belief as to whether it may have additional, unstated defenses.  On that basis, Defendant reserves the right to amend this answer to assert additional defenses in the event discovery indicates that additional defenses are appropriate.

## PRAYER FOR RELIEF

WHEREFORE, Defendant prays for relief as follows:

1.     The Plaintiff takes nothing by reason of his First Amended Complaint, that the same be dismissed with prejudice, and that judgment be rendered in favor of Defendant;

2.     That Defendant be awarded its attorneys' fees and the costs of suit incurred by it in this action to the extent provided for by law; and

3.     For such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Defendant hereby demands a trial by jury.

Dated:  October 31, 2011

SIDLEY AUSTIN LLP
Stephen G. Contopulos
Leah E. Abeles


By: _____
Stephen G. Contopulos
Attorneys for Defendant
Random House, Inc.

8

**DEFENDANT RANDOM HOUSE, INC.'S ANSWER TO
FIRST AMENDED COMPLAINT**